UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELARGO HOLDINGS, LLC** | **CIVIL ACTION** |
| **VERSUS** | |
| **DOE-162.234.117.120** | **NO.:16-00250-BAJ-EWD** |

ORDER AND RULING

Considering the **Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) (Doc. 13)** filed by Plaintiff, ELargo Holdings, LLC,

**IT IS ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this <u>19th</u> day of September, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**